IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE ALLISON,

    Plaintiff,

v.

WARDEN GARY BOUGHTON, et al,

    Defendants.

ORDER

Case No. 22-cv-705-wmc

---

    Plaintiff Willie Allison has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 3, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Willie Allison may have until January 3, 2023 to submit a trust fund account statement for the period beginning approximately June 13, 2022 and ending approximately December 13, 2022. If, by January 3, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 13th day of December, 2022.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge